Keith W. Miller
Jonathan A. Choa
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants UBS Securities LLC and
UBS Financial Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDOLPH BONNIST, Individually and On Behalf of All Others Similarly Sitiuated,<br><br>                          Plaintiff,<br><br>                 - against -<br><br>UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC.,<br><br>                        Defendants. | CASE NO: 08-CV-04352 (unassigned)<br><br>**DEFENDANTS' DISCLOSURE STATEMENT**<br>**(Fed. R. Civ. P. 7.1)** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants UBS Securities LLC and UBS Financial Services, Inc. in the above-captioned action hereby identifies the following parent corporations and/or publicly-held corporations that own 10% or more of its stock:

1. **UBS Securities LLC**. UBS Securities LLC is a corporation formed under the laws of Delaware. It is a 100% owned subsidiary of UBS AG, which is a publicly-traded limited company formed under the laws of Switzerland.

2. **UBS Financial Services, Inc**. UBS Financial Services Inc. is a corporation formed under the laws of Delaware. It is a 100% owned subsidiary of UBS AG, which is a publicly-traded limited company formed under the laws of Switzerland.

Dated: New York, New York  
May 15, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ____/s/ Jonathan A. Choa_____  
Jonathan A. Choa

jonathanchoa@paulhastings.com  
Keith W. Miller  
keithmiller@paulhastings.com  
75 East 55th Street  
New York, New York 10022  
(212) 318-6000

*Attorneys for Defendants UBS Securities LLC and UBS Financial Services Inc.*

## CERTIFICATE OF SERVICE

      I, Jonathan A. Choa, a member of the bar of this Court and associated with the firm of Paul, Hastings, Janofsky & Walker LLP do hereby certify that on May 15, 2008, a true and correct copy of the foregoing Defendants' Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

_____
Jonathan A. Choa

LEGAL_US_E # 79391399.1