## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | ) Master File No. 08-cv-02967<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC.,<br><br>Defendants. | )<br>) Case No. 1:08-cv-04352-THK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### UBS ARS GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS

COME NOW Randolph Bonnist and Teachers Count ("UBS ARS Group") and hereby move this Court for an order:

1. Consolidating the above-captioned related actions, pursuant to Fed. R. Civ. P. 42(a);

2. Appointing the UBS ARS Group, pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and 15 U.S.C. § 77z-1(a)(3)(B) of the Securities Act of 1933, as Lead Plaintiff in this Action; and

3. Approving the UBS ARS Group's selection of Carey & Danis, LLC as Lead Counsel.

This Motion is made on the grounds that the UBS ARS Group has suffered the largest financial losses as a result of Defendants' false and misleading statements to the market between May 8, 2003 and February 13, 2008. In addition, the UBS ARS Group meet all the requirements of Fed. R. Civ. P. 23 because its claims are typical of the Class members' claims and because it will fairly and adequately represent the Class. Finally, the UBS ARS Group have selected and retained a nationally-recognized law firm with extensive experience in prosecuting securities fraud class actions to serve as Lead Counsel for the Class.

The Motion is based upon the accompanying Memorandum of Law, the supporting Declaration of Michael J. Flannery filed herewith, the pleadings filed herein, and other written or oral arguments as may be presented to the Court.

Dated:  May 20, 2008                    Respectfully submitted,

        _/s/ Joseph P. Guglielmo_____
Joe R. Whatley, Jr.
Edith M. Kallas
Joseph P. Guglielmo
WHATLEY, DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone:  (212) 447-7070
Facsimile:  (212) 447-7077

*Proposed Local Counsel*

Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan
CAREY & DANIS, LLC

8235 Forsyth Blvd.
Suite 1100
St. Louis, MO  63105
Telephone:  (314) 725-7700
Facsimile: (314) 721-0905

***Proposed Lead Counsel***

Edward M. Gergosian
GERGOSIAN & GRALEWSKI LLP
655 West Broadway
Suite 1410
San Diego, CA  92101
Telephone:  (619) 237-9500
Facsimile:  (619) 237-9555

A. Hoyt Rowell, III
Daniel O. Myers
T. Christopher Tuck
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC  29464
Direct:  (843) 727-6500
Fax:  (843) 216-6509

***Attorneys for UBS ARS Group***

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, I electronically filed the **UBS ARS GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

  /s/ Joseph P. Guglielmo_____
Joseph P. Guglielmo

*Proposed Local Counsel for UBS ARS Group*