UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RANDOLPH BONNIST, Individually and On Behalf of
All Others Similarly Situated,
                                    Plaintiff,

                                                                    08 __ CIVIL __ 04352 __ (LMM )

         -against-

UBS AG, UBS SECURITIES LLC and UBS
FINANCIAL SERVICES, INC.,
                                    Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____Edith M. Kallas____

☒  *Attorney*

   ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       EK-0841

   ☐   I am a Pro Hac Vice attorney

   ☐   I am a Government Agency attorney

☒  *Law Firm/Government Agency Association*

   From: ____Milberg Weiss Bershad & Schulman LLP____

   To:   ____Whatley Drake & Kallas, LLC____

   ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my
       appearance was entered on _____ by Judge _____

☒  *Address:*           ____1540 Broadway, 37th Floor, New York, NY 10036____

☒  *Telephone Number:*  ____(212) 447-7070____

☒  *Fax Number:*        ____(212) 447-7077____

☒  *E-Mail Address:*    ____ekallas@wdklaw.com____

Dated: ____5/22/08____          [signature]