IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | ) Master File No. 08-cv-02967-LMM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC.,<br><br>Defendants. | ) Case No. 1:08-cv-04352-LMM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO ADMIT COREY D. SULLIVAN *PRO HAC VICE***

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that upon the attached affidavit of Joseph P. Guglielmo, a member of the law firm of WHATLEY, DRAKE & KALLAS, LLC and a member in good standing of the bar of this Court, in support of the motion to admit Corey D. Sullivan, and the Certificates of Good Standing attached hereto as Exhibits A and B respectively, we move this Court for an Order allowing the admission of Corey D. Sullivan, Esq. as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Corey D. Sullivan is a member of the firm Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri  63105 in good

standing of the bar of the state of Illinois.  There are no pending disciplinary proceedings against this applicant in any State or Federal court.

DATED:  June 19, 2008

                                                      /s/ Joseph P. Guglielmo

Joe R. Whatley, Jr.
Edith M. Kallas
Joseph P. Guglielmo
WHATLEY, DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone:  (212) 447-7070
Facsimile:  (212) 447-7077

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION ) ) ) | Master File No. 08-cv-02967 |
| This Document Relates To: ) ) | |
| ALL ACTIONS ) ) ) | |
| ) ) RANDOLPH BONNIST, on behalf of himself and ) all others similarly situated, ) ) Plaintiff, ) ) v. ) ) UBS AG, UBS SECURITIES LLC, and UBS ) FINANCIAL SERVICES INC., ) ) Defendants. ) ) | Case No. 1:08-cv-04352-THK |

**AFFIDAVIT OF JOSEPH P. GUGLIELMO IN SUPPORT
OF MOTION TO ADMIT COREY D. SULLIVAN *PRO HAC VICE***

State of New York    )
                                   ) ss:
County of New York )

I, Joseph P. Guglielmo, being duly sworn, deposes and says:

1. I am an attorney duly admitted to practice before the Courts of the State of New York and the United States District Court of the Southern and Eastern District of New York, as well as, the District of Columbia. I am a member of the law firm of Whatley Drake & Kallas, co-counsel for the plaintiffs in this action.

- 2 -

2.   I submit this affidavit in support of the motion to admit Corey D. Sullivan, Esq., *pro hac vice* before this Court in connection with this action.

3.   Mr. Sullivan is a member of the law firm of Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105 to appear and practice in this Court in this matter on behalf of the plaintiffs.

4.   I am familiar with the proceedings in this case, and make this statement based upon my personal knowledge of the facts set forth herein.

5.   I understand that Mr. Sullivan is a skilled attorney, a person of high moral character and integrity, and experienced in Federal practice and familiar with the Federal Rules of Procedure.

6.   I respectfully submit a proposed order granting the admission of Corey D. Sullivan, *pro hac vice*, which is attached here as Exhibit C.

WHEREFORE, it is respectfully requested that the motion for admission of Corey D. Sullivan, *pro hac vice*, to represent plaintiffs in the above-captioned matter.

_____
JOSEPH P. GUGLIELMO

Sworn to before me this
19th day of June, 2008

_____
Notary Public
ARLENE RODRIGUEZ
Notary Public, State of New York
No. 01RO6180571
Qualified in New York County
Commission Expires 01/14/20/2

# EXHIBIT B

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Corey D. Sullivan

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 12, 2007 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, June 04, 2008.

*Juleann Hornyak*
Clerk

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION | ) Master File No. 08-cv-02967 ) ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS | ) ) ) |
| | ) |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated, | ) Case No. 1:08-cv-04352-THK ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC., | ) ) ) |
| Defendants. | ) ) |

[PROPOSED] ORDER ON MOTION TO ADMIT
COREY D. SULLIVAN *PRO HAC VICE*

Upon the motion of Joseph P. Guglielmo, attorney for Plaintiffs, and said sponsor's affidavit in support,

IT IS HEREBY ORDERED THAT: Corey D. Sullivan of the law firm of Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105 is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York.

- 2 -

Mr. Sullivan understands that he and all attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Since this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

The attorney admitted *pro hac vice* must serve a copy of the Order on all counsel in this case.

DATED: _____
    New York, New York

                                    _____
                                    HONORABLE LAWRENCE M. McKENNA

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I caused a true and correct copy of the foregoing Motion to Admit Corey D. Sullivan *pro hac vice*, Affidavit of Joseph P. Guglielmo in Support of Motion to admit Corey D. Sullivan *pro hac vice*, Certificates of Good Standing and [Proposed] Order on Admission to Practice *Pro Hac Vice* to be sent to all attorneys of record via first class mail.

_____
Joseph P. Guglielmo