IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION | ) Master File No. 08-cv-02967-LMM )  )  ) |
| This Document Relates To: | )  ) |
| ALL ACTIONS | )  )  ) |
| | ) |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated, | ) Case No. 1:08-cv-04352-LMM )  )  ) |
| Plaintiff, | )  ) |
| v. | )  ) |
| UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC., | )  )  )  ) |
| Defendants. | )  ) |

**MOTION TO ADMIT MICHAEL J. FLANNERY *PRO HAC VICE***

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that upon the attached affidavit of Joseph P. Guglielmo, a member of the law firm of WHATLEY, DRAKE & KALLAS, LLC and a member in good standing of the bar of this Court, in support of the motion to admit Michael J. Flannery, and the Certificates of Good Standing attached hereto as Exhibits A and B respectively, we move this Court for an Order allowing the admission of Michael J. Flannery, Esq. as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Michael J. Flannery is a member of the firm Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105 in good

standing of the bar of the states of Missouri, California, the District of Columbia and Virginia. There are no pending disciplinary proceedings against this applicant in any State or Federal court.

DATED: June 19, 2008

                                                        */s/*
Joe R. Whatley, Jr.
Edith M. Kallas
Joseph P. Guglielmo
WHATLEY, DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | ) Master File No. 08-cv-02967<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC.,<br><br>Defendants. | )<br>) Case No. 1:08-cv-04352-THK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF JOSEPH P. GUGLIELMO IN SUPPORT
OF MOTION TO ADMIT MICHAEL J. FLANNERY *PRO HAC VICE***

State of New York   )
                    ) ss:
County of New York  )

I, Joseph P. Guglielmo, being duly sworn, deposes and says:

1. I am an attorney duly admitted to practice before the Courts of the State of New York and the United States District Court of the Southern and Eastern District of New York, as well as, the District of Columbia. I am a member of the law firm of Whatley Drake & Kallas, co-counsel for the plaintiffs in this action.

2.      I submit this affidavit in support of the motion to admit Michael J. Flannery, Esq., *pro hac vice* before this Court in connection with this action.

3.      Mr. Flannery is a member of the law firm of Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105 to appear and practice in this Court in this matter on behalf of the plaintiffs.

4.      I am familiar with the proceedings in this case, and make this statement based upon my personal knowledge of the facts set forth herein.

5.      I have known Mr. Flannery since approximately 2004, have worked with him on other matters and find him to be a skilled attorney, a person of high moral character and integrity, and experienced in Federal practice and familiar with the Federal Rules of Procedure.

6.      I respectfully submit a proposed order granting the admission of Michael J. Flannery, *pro hac vice*, which is attached here as Exhibit C.

WHEREFORE, it is respectfully requested that the motion for admission of Michael J. Flannery, *pro hac vice*, to represent plaintiffs in the above-captioned matter.

/s/ Joseph P. Guglielmo
JOSEPH P. GUGLIELMO

Sworn to before me this
19th day of June, 2008

/s/ Arlene Rodriguez
Notary Public

ARLENE RODRIGUEZ
Notary Public, State of New York
No. 01RO6180571
Qualified in New York County
Commission Expires 01/14/20/2

# EXHIBIT B

# The Supreme Court of Missouri

## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on April 6, 2001,

## Michael James Flannery

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 4th. day of June, 2008.

_____
Clerk of the Supreme Court of Missouri



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### MICHAEL JAMES FLANNERY

*I,* FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **MICHAEL JAMES FLANNERY** *was on the 20th day of July 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,
this 5th day of June, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
Joseph Cornetta, Deputy Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHAEL J. FLANNERY

was on the 25TH day of MARCH, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 6, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

MICHAEL JAMES FLANNERY

was admitted to practice as an attorney and counsellor at the bar of this Court on November 4, 1991.

I further certify that so far as the records of this office are concerned, MICHAEL JAMES FLANNERY is a member of the bar of this Court in good standing.

.

Witness my hand and seal of said Court
This 9th day of June
A.D. 2008

By:_____
Deputy Clerk

# EXHIBIT C

Case 1:08-cv-04352-LMM    Document 20    Filed 06/20/2008    Page 11 of 14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | ) Master File No. 08-cv-02967<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC.,<br><br>                Defendants. | )<br>) Case No. 1:08-cv-04352-THK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER ON MOTION TO ADMIT
### MICHAEL J. FLANNERY *PRO HAC VICE*

Upon the motion of Joseph P. Guglielmo, attorney for Plaintiffs, and said sponsor's affidavit in support,

IT IS HEREBY ORDERED THAT: Michael J. Flannery of the law firm of Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105 is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York.

- 2 -

Mr. Flannery understands that he and all attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Since this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

The attorney admitted *pro hac vice* must serve a copy of the Order on all counsel in this case.

DATED: _____
       New York, New York

                                        _____
                                        HONORABLE LAWRENCE M. McKENNA

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I caused a true and correct copy of the foregoing Motion to Admit Michael J. Flannery *pro hac vice*, Affidavit of Joseph P. Guglielmo in Support of Motion to admit Michael J. Flannery *pro hac vice*, Certificates of Good Standing and [Proposed] Order on Admission to Practice *Pro Hac Vice* to be sent to all attorneys of record via first class mail.

Joseph P. Guglielmo