IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | ) Master File No. 08-cv-02967-LMM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC.,<br><br>Defendants. | )<br>) Case No. 1:08-cv-04352-LMM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF JOSEPH P. GUGLIELMO IN SUPPORT
OF MOTION TO ADMIT JOSEPH PETER DANIS *PRO HAC VICE***

State of New York    )
                     ) ss:
County of New York   )

I, Joseph P. Guglielmo, being duly sworn, deposes and says:

1. I am an attorney duly admitted to practice before the Courts of the State of New York and the United States District Court of the Southern and Eastern District of New York, as well as, the District of Columbia. I am a member of the law firm of Whatley Drake & Kallas, co-counsel for the plaintiffs in this action.

- 2 -

standing of the bar of the state of Illinois. There are no pending disciplinary proceedings against this applicant in any State or Federal court.

DATED: June 19, 2008

                                 /s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.
Edith M. Kallas
Joseph P. Guglielmo
WHATLEY, DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | ) Master File No. 08-cv-02967<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC.,<br><br>Defendants. | )<br>) Case No. 1:08-cv-04352-THK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF JOSEPH P. GUGLIELMO IN SUPPORT
OF MOTION TO ADMIT JOSEPH PETER DANIS *PRO HAC VICE***

State of New York  )
                    ) ss:
County of New York )

I, Joseph P. Guglielmo, being duly sworn, deposes and says:

1. I am an attorney duly admitted to practice before the Courts of the State of New York and the United States District Court of the Southern and Eastern District of New York, as well as, the District of Columbia. I am a member of the law firm of Whatley Drake & Kallas, co-counsel for the plaintiffs in this action.

2. I submit this affidavit in support of the motion to admit Joseph Peter Danis, Esq., *pro hac vice* before this Court in connection with this action.

3. Mr. Danis is a member of the law firm of Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105 to appear and practice in this Court in this matter on behalf of the plaintiffs.

4. I am familiar with the proceedings in this case, and make this statement based upon my personal knowledge of the facts set forth herein.

5. I have known Mr. Danis since approximately 2004, have worked with him on other matters and find him to be a skilled attorney, a person of high moral character and integrity, and experienced in Federal practice and familiar with the Federal Rules of Procedure.

6. I respectfully submit a proposed order granting the admission of Joseph Peter Danis, *pro hac vice*, which is attached here as Exhibit C.

WHEREFORE, it is respectfully requested that the motion for admission of Joseph Peter Danis, *pro hac vice*, to represent plaintiffs in the above-captioned matter.

_____
JOSEPH P. GUGLIELMO

Sworn to before me this
19th day of June, 2008

_____
Notary Public

ARLENE RODRIGUEZ
Notary Public, State of New York
No. 01RO6180571
Qualified in New York County
Commission Expires 01/14/20

# EXHIBIT B

# The Supreme Court of Missouri

## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 1, 1993,

## *Joseph Peter Danis*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 4th. day of June, 2008.

_____
Clerk of the Supreme Court of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Joseph Peter Danis

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on September 30, 1994 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, June 04, 2008.

*Juleann Hornyak*
Clerk

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION | ) Master File No. 08-cv-02967 ) ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS | ) ) ) |
| | ) |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated, | ) Case No. 1:08-cv-04352-THK ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC., | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER ON MOTION TO ADMIT
JOSEPH PETER DANIS *PRO HAC VICE***

Upon the motion of Joseph P. Guglielmo, attorney for Plaintiffs, and said sponsor's affidavit in support,

IT IS HEREBY ORDERED THAT: Joseph Peter Danis of the law firm of Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105 is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York.

- 2 -

      Mr. Danis understands that he and all attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

      Since this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

      The attorney admitted *pro hac vice* must serve a copy of the Order on all counsel in this case.

DATED: _____
       New York, New York

                              _____
                              HONORABLE LAWRENCE M. McKENNA

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I caused a true and correct copy of the foregoing Motion to Admit Joseph Peter Danis *pro hac vice*, Affidavit of Joseph P. Guglielmo in Support of Motion to admit Joseph Peter Danis *pro hac vice*, Certificates of Good Standing and [Proposed] Order on Admission to Practice *Pro Hac Vice* to be sent to all attorneys of record via first class mail.

_____
Joseph P. Guglielmo