USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION ) ) ) This Document Relates To: ) ) ALL ACTIONS ) ) | Master File No. 08-cv-02967 |
| ) RANDOLPH BONNIST, on behalf of himself and ) all others similarly situated, ) ) Plaintiff, ) ) v. ) ) UBS AG, UBS SECURITIES LLC, and UBS ) FINANCIAL SERVICES INC., ) ) Defendants. ) ) | Case No. 1:08-cv-04352-THK |

### [PROPOSED] ORDER ON MOTION TO ADMIT
### JOSEPH PETER DANIS *PRO HAC VICE*

Upon the motion of Joseph P. Guglielmo, attorney for Plaintiffs, and said sponsor's affidavit in support,

IT IS HEREBY ORDERED THAT: Joseph Peter Danis of the law firm of Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105 is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case [No. 08 civ. 4352] in the United States District Court for the Southern District of New York.



Mr. Danis understands that he and all attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Since this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

The attorney admitted *pro hac vice* must serve a copy of the Order on all counsel in this case.

DATED: 6/20/08
New York, New York

HONORABLE LAWRENCE M. McKENNA

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I caused a true and correct copy of the foregoing Motion to Admit Joseph Peter Danis *pro hac vice*, Affidavit of Joseph P. Guglielmo in Support of Motion to admit Joseph Peter Danis *pro hac vice*, Certificates of Good Standing and [Proposed] Order on Admission to Practice *Pro Hac Vice* to be sent to all attorneys of record via first class mail.

Joseph P. Guglielmo