```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION | ) Master File No. 08-cv-02967 |
| This Document Relates To: | ) |
| ALL ACTIONS | ) |
| | |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated, | ) Case No. 1:08-cv-04352-THK |
| Plaintiff, | ) |
| v. | ) |
| UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC., | ) |
| Defendants. | ) |

## [PROPOSED] ORDER ON MOTION TO ADMIT
## MICHAEL J. FLANNERY *PRO HAC VICE*

Upon the motion of Joseph P. Guglielmo, attorney for Plaintiffs, and said sponsor's affidavit in support,

IT IS HEREBY ORDERED THAT: Michael J. Flannery of the law firm of Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105 is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case [No. 08 CIV. 4352] in the United States District Court for the Southern District of New York.



Mr. Flannery understands that he and all attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Since this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

The attorney admitted *pro hac vice* must serve a copy of the Order on all counsel in this case.

DATED: 6/20/08
New York, New York

HONORABLE LAWRENCE M. McKENNA

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I caused a true and correct copy of the foregoing Motion to Admit Michael J. Flannery *pro hac vice*, Affidavit of Joseph P. Guglielmo in Support of Motion to admit Michael J. Flannery *pro hac vice*, Certificates of Good Standing and [Proposed] Order on Admission to Practice *Pro Hac Vice* to be sent to all attorneys of record via first class mail.

Joseph P. Guglielmo