UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

---------------------------------x
In re UBS AUCTION RATE SECURITIES  )
LITIGATION                         )
                                   )  Master File No. 08-cv-02967 (LMM)
THIS DOCUMENT RELATES TO:          )  08-cv-5251 (LMM)
ALL ACTIONS                        )
---------------------------------x

*[additional captions follow]*

# [PROPOSED] ORDER ON ADMISSION TO PRACTICE *PRO HAC VICE*

**MILBERG LLP**
Jerome M. Congress
Kent A. Bronson
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone: (212) 594-5300
jcongress@milberg.com
kbronson@milberg.com

DOCS\436043v1

```
─────────────────────────────────x
RANDOLPH BONNIST, Individually and On     )
Behalf Of Himself And All Others Similarly )
Situated,                                  )
                                           )
                Plaintiff,                 )   Case No. 08-cv-4352 (LMM)
                                           )
        vs.                                )
                                           )
UBS AG, UBS SECURITIES LLC and UBS         )
FINANCIAL SERVICES, INC.,                  )
                                           )
                Defendants.                )
                                           )
─────────────────────────────────x
RONALD D. KASSOVER, on behalf of himself   )
and all others similarly situated,         )
                                           )
                Plaintiff,                 )
                                           )   Case No. 08-cv-02753 (LMM)
        vs.                                )
                                           )
UBS AG and UBS FINANCIAL SERVICES,         )
INC.,                                      )
                                           )
                Defendants.                )
                                           )
─────────────────────────────────x
ARIC A. STREIT and MARY STREIT as          )
Trustees for the benefit of the STREIT LIVING )
TRUST, Individually And On Behalf of All Others )
Similarly Situated,                        )
                                           )   Case No. 08-cv-5251 (LMM)
                Plaintiffs,                )
                                           )
        v.                                 )
                                           )
UBS AG, UBS SECURITIES LLC and UBS         )
FINANCIAL SERVICES, INC.,                  )
                                           )
                Defendants.                )
─────────────────────────────────x
```

Upon the motion of Jerome M. Congress, attorney for Plaintiffs, and said sponsor's affidavit in support,

IT IS HEREBY ORDERED THAT

> Jeff S. Westerman, Esq.
> Milberg LLP
> One California Plaza
> 300 South Grand Avenue Suite 3900
> Los Angeles, California 90071
> Tel.: 213-617-1200
> Fax: 213-617-1975
> E-mail: jwesterman@milberg.com

*08 CIV. 5251*

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

DATED: 6/16/08
New York, New York

_____
HONORABLE LAWRENCE M. MCKENNA

DOCS\436043v1