*McKenna, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re UBS AUCTION RATE SECURITIES ) 
LITIGATION                          )   Master File No. 08-CV-02967-LMM
                                    )
This Document Is Related To:        )
08-CV-2967 *(Chandler)*             )   STIPULATION ✦ ORDER
08-CV-3082 *(Sanchez)*              )
08-CV-4352 *(Bonnist)*              )
08-CV-5251 *(Streit)*               )

WHEREAS the parties previously stipulated and this Court ordered that Defendants need not answer, move against or otherwise respond to any complaint in this action until 60 days after a consolidated complaint is filed by Lead Plaintiff;

WHEREAS on July 16, 2008, this Court issued a Memorandum and Order appointing the Chandler Group as Lead Plaintiff and approving the Chandler Group's selection of counsel;

WHEREAS the Chandler Group intends to file a consolidated amended complaint;

THEREFORE IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their undersigned counsel, that:

1. Lead Plaintiff shall file the consolidated amended complaint in this action on or before September 5, 2008;

2. Defendants need not answer, move against or otherwise respond to the consolidated amended complaint in this action until 60 days after the consolidated amended complaint is filed;

3. Should Defendants file a motion to dismiss the consolidated amended complaint, the briefing schedule on such motion shall be as follows:

    a. Lead Plaintiff shall file an opposition to Defendants' motion to dismiss within 60 days of the filing of the motion to dismiss; and



b. Defendants shall file any reply in support of the motion to dismiss within 30 days of the filing of Lead Plaintiff's opposition to the motion to dismiss.

**IT IS SO STIPULATED.**

Dated: July 31, 2008

**GIRARD GIBBS LLP**

By: /s/ CHC Sharp

Daniel C. Girard (*pro hac vice*)
Jonathan K. Levine (JL-8390)
Aaron M. Sheanin (*pro hac vice*)
Christina H.C. Sharp (*pro hac vice*)
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Lead Counsel for the Class*

Norman E. Siegel (*pro hac vice*)
Matthew L. Dameron (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

*Co-Lead Counsel for the Class*

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

*Liaison Counsel for the Class*

Dated: July 31, 2008

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

By: /s/ William F. Sullivan

William F. Sullivan
Howard M. Privette
John S. Durant

2

515 S. Flower Street, 25th Floor
Los Angeles, California 90071
(213) 683-6000

Keith Miller
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

*Counsel for Defendants UBS Securities LLC and
UBS Financial Services Inc.*

SO ORDERED:

_____ 8/4/08
LAWRENCE M. McKENNA
United States District Judge