MCKENNA, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS<br><br><br>RANDOLPH BONNIST, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v<br><br>UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICE INC.,<br><br>      Defendants. | Master File No. 08-cv-02967-LMM<br><br><br><br><br><br><br>Case No. 1:08-cv-04352-LMM<br><br><br><br><br><br><br>[PROPOSED] ORDER |

  The Motion to Withdraw as Counsel along with the Affidavit of Joseph P. Guglielmo came before this Court. The Court having reviewed the Motion and the Affidavit, and after consideration of the papers filed, and all other matters presented to the Court, the Court grants the Motion.

  Movant Joseph P. Guglielmo's Motion to Withdraw as Counsel is GRANTED, and Movant is terminated as counsel in this proceeding.

**IT IS SO ORDERED.**

                  _/s/ Lawrence M. McKenna_
                  Lawrence M. McKenna
                  United States District Judge

_____5/14_____, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09
```